IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER GLUMP,<br><br>   Plaintiffs,<br><br>v.<br><br>SANJEEV TULI, *et al.*,<br><br>   Defendants. | No. 1:13-cv-01738-RBW |

### STIPULATION OF DISMISSAL WITH PREJUDICE

  Pursuant to Fed. R Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to plaintiffs' dismissal of this action against *all defendants with prejudice*, each side to bear its own costs and attorneys' fees.

Date: 05/29/2014

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street, NW; Second Floor
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

/s/Joshua Erlich
Joshua Erlich (*pro hac vice*)
The Erlich Law Office, PLLC
2111 Wilson Boulevard, Suite 700
Arlington, VA 22201
T: (703) 791-9087
F: (703) 351-9292
jerlich@erlichlawoffice.com

*Counsel for Plaintiff*

/s/Scott H. Rome
Scott H. Rome (#476677)
The Veritas Law Firm
1225 Nineteenth Street NW, Suite 320
Washington, DC 20036
P: (202) 686-7600
F: (202) 293-3130
srome@theveritaslawfirm.com

*Counsel for Defendants*